AURORA LOAN SERVICES, LLC, Respondent, v MONIQUE TAYLOR et al., Appellants, et al., Defendants.

Submitted April 6, 2015; decided May 5, 2015

Motion by MERSCORP Holdings, Inc., et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

---

JAMES BRADY, Appellant, v JEFFREY KATZ et al., Respondents.

JAMES BRADY, Appellant, v 450 WEST 31ST STREET OWNER'S CORP. et al., Respondents.

Submitted March 9, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution. Motion for a stay dismissed as academic.